**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2053**

RONNIE SANDERSON,

Plaintiff,

versus

BODDIE-NOELL ENTERPRISES, INCORPORATED, d/b/a
Hardees of Emporia,

Defendant - Appellee,

and

ALVIN TEETER; SYLVIA GRAY,

Defendants,

versus

JOEL D. BIEBER,

Movant - Appellant,

and

YOUNG BROADCASTING OF RICHMOND, INCORPORATED,

Party in Interest.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-04-888-3)

Submitted: February 28, 2006       Decided: March 17, 2006

—————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

L. Steven Emmert, SYKES, BOURDON, AHERN & LEVY, P.C., Virginia Beach, Virginia, for Appellant.  C. Kailani Memmer, Elizabeth K. Dillon, GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joel D. Bieber appeals a district court order sanctioning him for obstructing the opposing party's access to evidence. We agree with the district court that a reasonably foreseeable consequence of Bieber's conduct would be that the expert witness hired by the defense would not be permitted by his employer to testify. We also agree that Bieber is responsible for the reasonably foreseeable consequences of his actions. Accordingly, we affirm for the reasons cited by the district court. See Bieber v. Teeter, No. CA-04-888-3 (E.D. Va. filed Aug. 17, 2005; entered Aug. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED